**IN THE UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

| | |
|---|---|
| JAMES R. WRIGHT | * |
| Plaintiff | * |
| VS. | * |
| | *   NO: 3:03CV000363 SWW |
| AUTOMATED CONVEYOR SYSTEMS, INC., CHARLES DOTY, CLIFTON BAILEY, and MIKE SANDERS | * |
| Defendants | * |

## **JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that Plaintiff's claims pursuant to Title VII of the Civil Rights Act of 1964, as amended by the Civil Rights Act of 1991, 42 U.S.C. § 2000(e)-5, and his conspiracy claims pursuant to 42 U.S.C. § 1985 are hereby DISMISSED WITH PREJUDICE. Plaintiff's supplemental state-law claims are hereby DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED THIS 16TH DAY OF AUGUST, 2005.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE